IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| THADDEUS D. SMITH, SR., | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 15-00095-CG-C |
| | ) |
| MOBILE SHIPBUILDING & | ) |
| REPAIR, INC. and PARKER | ) |
| TOWING CO., | ) |
| | ) |
| Defendants. | ) |

## FINAL JUDGMENT

In accordance with the Order entered this date granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment, it is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** is entered in favor of Defendants and against Plaintiff, Thaddeus D. Smith, Sr. It is, therefore, **ORDERED** that Plaintiff's claims against Defendants are hereby **DISMISSED with prejudice.** Costs are to be taxed against Plaintiff.

**DONE** and **ORDERED** this 10th day of December, 2015.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE